OPINION — AG — IT WOULD BE UNCONSTITUTIONAL FOR ROGERS COUNTY TO USE ANY PORTION OF ITS 1 1/2 MILL ANNUAL LEVY FOR ITS HEALTH DEPARTMENT TO PAY OFF A BUILDING BOND ISSUE AUTHORIZED BY THE QUALIFIED VOTERS OF SUCH COUNTY. CITE: ARTICLE X, SECTION 28, 63 O.S. 1963 Supp., 1-223 [63-1-223] 19 O.S. 1961 381-387 [19-381] — [19-387] ARTICLE X, SECTION 16 (JAMES R. FUSON)